■ AMERICAN HARD WALL PLASTER COMPANY, Respondent, v. BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF GERMAN FLATTS, AND OTHERS, et al., Respondents, and THOMAS C. BROWN COMPANY, INC., et al., Appellants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Herkimer Special Term granting plaintiff's motion for

leave to serve a second amended and supplemental complaint and an amended reply.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.